# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV445-C

| | |
|---|---|
| B.P., a minor, by his legal guardians and next friends, LESLIE and TREVOR PETRUK, and LESLIE and TREVOR PETRUK, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>CHARLOTTE MECKLENBURG BOARD OF EDUCATION,<br><br>        Defendant. | **PRETRIAL ORDER AND<br>CASE MANAGEMENT PLAN** |

This Pretrial Order And Case Management Plan shall govern this case from the date of filing through the filing of all motions and written arguments.

1. The Plaintiffs shall have up to and including February 5, 2007 to file their written argument on the administrative record.

2. The Defendant shall have up to and including March 5, 2007 to file its responsive written argument.

3. The Plaintiffs shall then have up to and including March 20, 2007 to file their reply written argument.

4. The parties do not request oral argument.

5. The North Carolina Department of Public Instruction is hereby ordered to forward the complete Administrative Record to: United States Magistrate Judge Carl Horn, III, Charles R. Jonas Federal Building, Room 238, 401 West Trade Street, Charlotte, NC 28202.

6. The Clerk is directed to send a copy of this order to counsel for the parties, and to Ms. Mary Watson, Director of Exceptional Children's Division, North Carolina Department of Public Instruction, 301 N. Wilmington Street, Raleigh, NC 27601-2825, <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: January 5, 2007

Carl Horn, III
United States Magistrate Judge