# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv445

| | |
|---|---|
| B.P., a minor, by his legal guardians and next friends, LESLIE and TREVOR PETRUK, and LESLIE and TREVOR PETRUK, individually, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs shall have and recover of the Defendant the sum of **EIGHT THOUSAND, EIGHT HUNDRED AND FORTY-SIX DOLLARS AND NINETY-SIX CENTS** ($8,846.96) for reimbursement of private school tuition and related transportation expenses for the 2004-05 school year and the 2005 extended school year.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Attorney's Fees and Costs [Doc. 20] is **GRANTED**, and the Plaintiffs shall have and recover of the Defendant the sum of **FIFTY-NINE THOUSAND, EIGHT HUNDRED AND ONE DOLLARS AND SEVENTY-ONE CENTS** ($59,801.71) in attorney's fees and costs; prejudgment interest, as to the $8,846.96 reimbursement award only, for the period of March 16, 2006 through the date of entry of Judgment at the rate of eight percent (8%) per annum; and post-judgment interest on the entire award from the date of entry of this Judgment until paid in full at the rate specified in 28 U.S.C. § 1961.

Signed: April 1, 2010

Martin Reidinger
United States District Judge